EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Medidas Judiciales ante situación de emergencia de salud por el Covid-19 | 2020 TSPR 32<br><br>204 DPR _____ |

Número del Caso:  EM-2020-04

Fecha:  16 de marzo de 2020

Materia:  Extensión de Términos Programa de Educación Jurídica Continua.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Medidas Judiciales ante situación de emergencia de salud por el Covid-19

EM-2020-4

Programa de Educación Jurídica Continua

RESOLUCIÓN

En San Juan, Puerto Rico, a 16 de marzo de 2020.

El 12 de marzo de 2020 la Gobernadora de Puerto Rico, Hon. Wanda Vázquez Garced, decretó un estado de emergencia por la amenaza que representa la pandemia mundial por la propagación de COVID-19 (coronavirus). Como medida adicional, el 15 de marzo de 2020, la Gobernadora de Puerto Rico emitió una Orden Ejecutiva para hacer viable los cierres necesarios y controlar el riesgo de contagio. El cierre total y la determinación de un toque de queda aplica a entes gubernamentales y a privados desde el 16 de marzo hasta el 30 de marzo de 2020. El mismo 15 de marzo de 2020 el Poder Judicial anunció el cierre de operaciones, y suspendió todas las vistas y asuntos citados en los tribunales del país hasta el 30 de marzo de 2020. Durante este periodo, sólo se atenderán asuntos urgentes como vistas de causa para arresto (Regla 6), órdenes de protección, solicitudes de traslado de menores fuera de la jurisdicción, otros asuntos de familia y menores de carácter urgente, y órdenes de ingreso involuntario a la luz de la Ley de Salud Mental, para nombrar algunos.

Como resultado y al amparo de nuestra facultad inherente para reglamentar la profesión legal, se decreta que todo término dispuesto en el Reglamento del Programa de Educación Jurídica Continua que venza entre el lunes, 16 de marzo y el martes, 14 de abril de 2020, se extenderá hasta el jueves, 30 de abril de 2020. Asimismo, el Programa de Educación Jurídica Continua no notificará durante este periodo aviso de

incumplimiento en contra de los abogados y abogadas cuyo periodo de cumplimiento con los créditos de educación jurídica continua venció o vence en o antes del 30 de abril de 2020.

Se ordena la difusión inmediata de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo